UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN HOWARD, OPAL LEIA HOWARD, AND AMBER HOWARD | CIVIL ACTION |
| VERSUS | NO: 05-2599 |
| WAL-MART STORES, INC., AND XYZ INSURANCE COMPANY, AND WAL-MART LOUISIANA, LLC | SECTION: "J"(1) |

**ORDER**

On June 24, 2005 Defendant filed a Notice for Removal (Rec. Doc. 1) based upon original jurisdiction under 28 U.S.C. § 1332, Diversity of Citizenship. Before the Court is **Plaintiff's Motion to Remand** (Rec. Doc. 4) this case to the Civil District Court for the Parish of Orleans based on defendant's failure to establish the jurisdictional amount. The motion is opposed. For the reasons stated below, the Court finds that Plaintiff's motion should be DENIED.

Where a plaintiff's complaint does not allege damages, the burden is on the removing defendant to establish by a preponderance of the evidence that the jurisdictional amount

exists. *Garcia v. Koch Oil Co. of Texas, Inc.*, 351 F.3d 636, 638-39 (5th Cir. 2003). Plaintiff argues that remand is appropriate because Defendant's estimation of the amount in controversy is pure speculation. In support of its opposition, Defendant has presented evidence in the form of a settlement offer, indicating that Plaintiff's own estimation of the amount in controversy exceeds $75,000. This evidence is sufficient to satisfy Defendant's burden and establish by a preponderance of the evidence that the jurisdictional amount exists. Accordingly,

**IT IS ORDERED**, that **Plaintiff's Motion to Remand** (Rec. Doc. 4) is **DENIED**.

New Orleans, Louisiana this the 7th day of November, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE